1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SOLUTIONS GROUP INERNATIONAL, INC.,<br><br>Defendant. | Case No.: 2:20−cv−00308 SVW<br>District Judge: Steven V. Wilson<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>*[Filed concurrently with: Plaintiff's Notice and Motion for Entry of Default Judgment; Declaration of Michele Moran; Declaration of Daniel H. Lee]*<br><br>Complaint Filed: January 10, 2020<br>Complaint Served: February 5, 2020<br>Response Date: February 26, 2020 |

The Court having considered Plaintiff HARTFORD FIRE INSURANCE COMPANY ("Plaintiff")'s Motion for entry of a Default Judgment in a Sum Certain pursuant to Fed. R. Civ. P. 55(b)(1) against defendant SOLUTIONS GROUP INTERNATIONAL, INC.; and there being good cause to grant the relief requested by the Motion; now, therefore:

1

1  IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is
2  granted and that judgment is hereby entered in favor of Plaintiffs and against
3  Defendant in the principal sum of $578,761, together with interest on that amount
4  at the rate of 10% per annum ($158.56 per day x 142 days) from November 18,
5  2019 to the date that judgment is entered in the sum of $22,515.52, for a total
6  judgment amount of $601,276.52.

9  DATED: 4/8/2020

*Margo Mead*
Clerk of the Court
United States District Court
Central District of California